# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

**UNITED STATES OF AMERICA**

       v.                                Case: 3:02M261TPS

Ms. Brendia J. Merchant
187 Huntington Street
New London, CT  06320

## MOTION TO DISMISS

The United States Attorney, through the Special Assistant United States Attorney, respectfully requests that the complaint in the above entitled matter be dismissed.

_____
William C. Kuebler, CT 25092
Special Assistant U.S. Attorney
District of Connecticut

SO ORDERED:

_____
The Honorable Thomas P. Smith
U.S. Magistrate Judge

Hartford, Connecticut

Dated: 1/25/05